# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BROOKE SEGREST ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.: 4:20-cv-00062 |
| NATIONAL AVIATION SERVICES, LLC ) | |
| Defendant. ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Defendant National Aviation Services, LLC, by and through the undersigned counsel, hereby submits this Disclosure of Organizational Interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and U.S. District Court for the Eastern District of Missouri Local Rule 3-2.09:

1. National Aviation Services, LLC is a limited liability company.

2. National Aviation Services, LLC's members and their respective state of citizenship are: Scott Gibson, North Carolina and Jack McCown, Texas.

3. National Aviation Services, LLC is not a publicly-held company which does not have publicly issued shares. No publicly held corporation owns more than ten percent or more of National Aviation Services, LLC.

Respectfully submitted,

/s/ *Lauren M. Sobaski*
Lauren M. Sobaski, MO Bar # 68798
J. Randall Coffey, MO Bar # 35070
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone:  (816) 842-8770
Facsimile:  (816) 842-8767
Email:  lsobaski@fisherphillips.com
Email:  rcoffey@fisherphillips.com

ATTORNEY FOR DEFENDANT
NATIONAL AVIATION SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Jeffrey D. Hackney
HKM Employment Attorneys, LLC
13321 N. Outer 40 Drive, Suite 500
Town & County, MO 63017
Phone:  314.448.4282
Email:  jhackney@hkm.com

Attorney for Plaintiff, Brooke Segrest

/s/ *Lauren M. Sobaski*
Lauren M. Sobaski
Attorney for Defendant

2

FP 37057615.1