IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BROOKE SEGREST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-cv-00062-RLW |
| NATIONAL AVIATION SERVICES, LLC | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brooke Segrest ("Plaintiff") and Defendant National Aviation Services ("Defendant") hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own respective costs and fees.

Dated: March 6, 2020

| | |
|---|---|
| */s/ Jeffrey D. Hackney* | */s/ Lauren M. Sobaski* |
| Jeffrey D. Hackney, #53158MO | Lauren M. Sobaski**,** #68798MO |
| HKM Employment Attorneys, LLC | FISHER AND PHILLIPS, LLP |
| 16316 N. Outer 40 Rd., Suite 500 | 4900 Main St., Suite 650 |
| Town & Country, Missouri 63017 | Kansas City, MO 64112 |
| *Telephone: 314-882-4282* | 816-842-8770 x21237 |
| *E-mail: jhackney@hkm.com* | Fax: 816-842-8767 |
| | *Email: lsobaski@fisherphillips.com* |
| **Attorneys for Plaintiff** | |
| | **Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing via the Court's electronic filing system.

  **/s/ Jeffrey D. Hackney**