# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

BROOKE SEGREST,                                          )
                                         )

        Plaintiff,                                      )

                                         )

        v.                                               )          No. 4:20CV62 RLW

                                         )

NATIONAL AVIATION SERVICES, LLC,       )

                                         )

        Defendant.                                     )

## ORDER OF DISMISSAL

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (ECF No. 12),

**IT IS HEREBY ORDERED** that Plaintiff Brooke Segrest's claims against Defendant National Aviation Services, LLC are **DISMISSED with prejudice**, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Rule 16 Conference, previously set for April 10, 2020 at 11:00 a.m., is **CANCELED**.

Dated this 9th day of March, 2020.

                                              _Ronnie L. White_
                                            RONNIE L. WHITE
                                            UNITED STATES DISTRICT JUDGE